AEE

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

**FILED**
**FEBRUARY 20, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**08 C 1031**

In the Matter of                                Case Number:

TRUSTEES of the CHICAGO REGIONAL COUNCIL of CARPENTERS Fund, et. al.

v.

DRYWALL SYSTEMS RESIDENTIAL, INC.

**JUDGE ST. EVE**
**MAGISTRATE JUDGE KEYS**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

ALL PLAINTIFFS

| |
|---|
| NAME (Type or print) <br> Daniel P. McAnally |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ DANIEL P. McANALLY |
| FIRM <br> WHITFIELD McGANN & KETTERMAN |
| STREET ADDRESS <br> 111 E. WACKER DRIVE, SUITE 2600 |
| CITY/STATE/ZIP <br> CHICAGO, IL 60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6205288 | 312-251-9700 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | | ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐