AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

TRUSTEES of the REGIONAL COUNCIL OF
CARPENTERS PENSION FUND, WELFARE FUND
and APPRENTICE & TRAINEE PROGRAM FUND

V.

DRYWALL SYSTEMS RESIDENTIAL, INC.

CASE NUMBER:

ASSIGNED JUDGE:

DESIGNATED
MAGISTRATE JUDGE:

**08 C 1031**

**JUDGE ST. EVE
MAGISTRATE JUDGE KEYS**

TO: (Name and address of Defendant)

DRYWALL SYSTEMS RESIDENTIAL, INC.
c/o JEAN M. VICERE
471 JENNINGS DRIVE, UNIT G
LAKE IN THE HILLS, IL 60102

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

DANIEL P. McANALLY
WHITFIELD McGANN & KETTERMAN
111 E. WACKER DRIVE
SUITE 2600
CHICAGO, IL 60601

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this
summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the
relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time
after service.

**Michael W. Dobbins, Clerk**

_____
**(By) DEPUTY CLERK**

**February 20, 2008**
------------------------------
**Date**



**State of Illinois**

US District Court of IL/Northern District
Docket No. 08 C 1031

**County of McHenry**

## AFFIDAVIT OF SERVICE

**JAMES A. COBB** deposes and says that he is a registered employee of **HRODEY & ASSOCIATES**, a Private Detective Agency, licensed by the Illinois Department of Professional Regulation and is therefore authorized, pursuant to the provisions of Chapter 735, "Code of Civil Procedure", Section 5/2-202, Illinois Compiled Statues, to serve process in the above cause, and that the defendant was served in the following manner:

On Monday, March 3, 2008 at 11:00 AM by leaving a true and correct copy of the attached Summons and a copy of the Complaint or Petition with DRYWALL SYSTEMS RESIDENTIAL, INC. as shown below:

SERVED the within named **DRYWALL SYSTEMS RESIDENTIAL, INC.** by delivering a true copy of the Summons and a copy of the Complaint or Petition to **James Fox, President,**  a person authorized to accept service of process as agent.

Said service was effected at **471 Jennings Drive #G, Lake in the Hills, IL 60102.**

DESCRIPTION of Person Served: 50 (?) yrs., Sex: Male; Race/Skin Color: White;

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to such matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

MAR 0 3 2008
_____
Dated

_____
James A. Cobb

State of Illinois License 115-00783/Wisconsin 8045     Agency Certificate 117-00516/Wisconsin 15014